UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80668-CIV-RYSKAMP/VITUNAC

ROLDY JEANTY,

    Plaintiff,

v.

BOCA POINTE COMMUNITY
ASSOCIATION, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the parties' Stipulation of Dismissal with Prejudice, filed September 17, 2008 **[DE 18]**. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 17th day of September, 2008.

                                                  S/Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE